UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )  3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Deborah Royse v. Bayer HealthCare Pharmaceuticals, et al.*                No. 3:09-cv-10070-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 11, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        **CLERK OF COURT**

                                        BY:   /s/*Sara Jennings*
                                                **Deputy Clerk**

Dated:  March 13, 2013


APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT